# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **MEILYN TATIANA FIALLOS HERNANDEZ** | **CIVIL ACTION NO. 26-470-P** |
| **VERSUS** | **JUDGE ALEXANDER C. VAN HOOK** |
| **MICHA NEALS, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## MEMORANDUM ORDER

Before the court is a petition for writ of <u>habeas</u> <u>corpus</u> filed on behalf of petitioner Meilyn Tatiana Fiallos Hernandez, ("Petitioner"), pursuant to 28 U.S.C. §2241. According to the ICE detainee locator service,[1] Petitioner is no longer detained and has either been deported or released.

Accordingly;

**IT IS ORDERED** that counsel for Petitioner and counsel for Respondents confirm whether the petition is moot and, if so, file an appropriate motion within **14** days.

**THUS DONE AND SIGNED** in chambers, in Shreveport, Louisiana, this the 30th day of July 2026.

Mark L. Hornsby
U.S. Magistrate Judge

---

[1] https://locator.ice.gov/odls/#/search