**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| MEILYN TATIANA FIALLOS HERNANDEZ | CIVIL ACTION NO. 26-0470 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| MICHA NEALS, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge, with no objections having been filed, after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that Respondents' Motion to Dismiss, Record Document 9, is **GRANTED** and Meilyn Tatiana Fiallos Hernandez's Petition for Writ of Habeas Corpus, Record Document 1, is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 6th day of October, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE